IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| J.B., a minor, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 13-CV-134-NJR-SCW |
| | ) |
| ABBOTT LABORATORIES, INC., and ABBVIE, INC., | ) |
| | ) |
| Defendants. | ) |

# ORDER

**ROSENSTENGEL, District Judge:**

On October 26, 2016, Plaintiffs filed a document entitled Plaintiffs' Response to the Court's Order to Show Cause in the lead consolidated Depakote case, No. 12-cv-52. (Doc. 644). The Court construes the document as a motion to file an amended complaint for case No. 13-cv-134.

Plaintiffs indicate that when they moved to file an amended complaint in Case No. 13-cv-134, it was their intention to only amend one of the four underlying state court Complaints. *Id.* at 2-4. For good cause shown and in the interest of justice, the Court **GRANTS** Plaintiffs' request to file an amended complaint. (Doc. 644). Accordingly the amended complaint shall be due on or before **November 4, 2016**. To avoid any further confusion and to comply with the provisions of *Massey v. Helman*, 196 F.3d 727, 735 (7th Cir. 1999), plaintiffs shall file one unified amended complaint alleging all claims and parties in one document. Defendant shall have until on or before **November 10, 2016** to file a unified amended answer.

If plaintiffs move to amend the Complaint in any of the other Depakote litigation cases that were removed from state court, assuming the motion is granted, they must file one unified amended complaint listing all parties and claims in a single document. Defendants shall accordingly file a single unified amended answer.

**IT IS SO ORDERED.**

DATED:   October 28, 2016

_____
**NANCY J. ROSENSTENGEL**
**United States District Judge**